IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

   **Plaintiff**

**vs.**                **Civil No.  3:08cv187**

**$ 10,215.00 in U.S. Currency**

   **Defendant**
_____/

**FINAL ORDER OF FORFEITURE AS
TO ALL PERSONS AND ENTITIES**

  WHEREAS, on May 7, 2008, the United States filed a Civil Complaint against $10,215.00 in United States Currency;

  AND WHEREAS, the United States caused to be published a Notice of Forfeiture on www.forfeiture.gov of the intent of the United States to the property in accordance with Title 21, United States Code, Section 881, and further notifying all third parties of their right to petition the Court within sixty (60) days of the first day of publication to adjudicate the validity of their alleged legal interest in the real property.

  AND WHEREAS, the United States also served notice to Minerva West and West's Attorney, David Sellers, Esq.

  AND WHEREAS, no claims or petitions have been filed for the property described in the Complaint filed May 7, 2008**,** and the time for filing petitions expired on

July 23, 2008, sixty (60) days after the first publication on May 24, 2008, pursuant to Title 21, United States Code, Section 881. Accordingly,

IT IS HEREBY ORDERED, ADJUDGED and DECREED:

1. That the right, title and interest to all of the hereinafter described currency is hereby condemned, forfeited and vested in the United States of America.

2. Property subject to forfeiture in this Order is as follows:

**$10,215.00 in United States Currency**

3. That no person or entity has established that they have any legal right, title or interest in said currency.

IT IS SO ORDERED this 15th day of January, 2009.

s/*L.A. Collier*
LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE